# JUROR QUESTIONNAIRE

PLEASE PRINT ALL ANSWERS LEGIBLY

FULL NAME _____

1. DATE AND PLACE OF BIRTH _____

2. MARITAL STATUS:
   ☐ SINGLE AND NEVER MARRIED
   ☐ CURRENTLY MARRIED AND HAVE BEEN FOR \_\_\_\_ YEARS
   ☐ SINGLE BUT MARRIED IN THE PASSED FOR \_\_\_\_ YEARS
   ☐ SINGLE BUT LIVING WITH NON MARITAL MATE FOR \_\_\_ YEARS
   ☐ WIDOWED BUT MARRIED IN THE PAST FOR \_\_\_\_ YEARS
   ☐ OTHER (SPECIFY) _____
   ANY PRIOR MARRIAGES NOT COVERED BY THE ABOVE?  YES [] NO []

3. AREA, NEIGHBORHOOD, OR COMMUNITY IN THIS COUNTY WHERE YOU CURRENTLY LIVE (DO **NOT** GIVE ADDRESS): _____
   _____
   [] HOUSE   [] APARTMENT   [] OWN   [] RENT

4. AREA, NEIGHBORHOOD, OR COMMUNITY WHERE YOU HAVE LIVED IN THE PASSED 10 YEARS (AND DATES): _____
   _____

5. WHAT IS THE HIGHEST LEVEL OF EDUCATION YOU COMPLETED?
   [] GRADE SCHOOL OR LESS        [] SOME COLLEGE
   [] SOME HIGH SCHOOL              (MAJOR): _____
   [] HIGH SCHOOL GRADUATE       [] COLLEGE GRADUATE
   [] OTHER (PLEASE EXPLAIN):      (MAJOR): _____
   _____  [] POST GRADUATE STUDY
   _____   (MAJOR) : _____
   _____  [] TECHNICAL, VOCATIONAL, OR
                                   BUSINESS SCHOOL (MAJOR) : _____
                                   _____

6. IF YOU PLAN TO ATTEND OR ARE CURRENTLY ATTENDING SCHOOL, DESCRIBE: _____
   _____

7.  IF YOU HAVE TAKEN ANY COURSE OR HAD ANY TRAINING IN MEDICINE, PSYCHOLOGY, OTHER HEALTH CARE FIELD OR EDUCATION, DESCRIBE: ____
    _____
    _____

8.  IF YOU HAVE TAKEN ANY COURSES OR HAD ANY TRAINING IN LAW OR RELATED SUBJECT, DESCRIBE: _____
    _____
    _____

9.  DID YOU HAVE A POSITIVE SCHOOL EXPERIENCE IN ELEMENTARY SCHOOL [] YES  [] NO, MIDDLE SCHOOL [] YES  [] NO, HIGH SCHOOL [] YES  [] NO EXPLAIN _____
    _____

10. DURING YOUR ACADEMIC CAREER DID YOU EVER HAVE A NEGATIVE OR HARMFUL EXPERIENCE WITH A TEACHER?  EXPLAIN: _____
    _____
    _____

11. DID YOU EVER FILE A GRIEVANCE AGAINST A SCHOOL, ADMINISTRATOR OR TEACHER? EXPLAIN: _____
    _____
    _____

12. HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ELIGIBLE FOR SPECIAL EDUCATION AND RELATED SERVICES? [] YES  [] NO        EXPLAIN: _____
    _____
    _____

13. DOES ANY ONE CLOSE TO YOU HAVE SPECIAL NEEDS? [] YES   [] NO EXPLAIN: _____
    _____

14. DO YOU KNOW ANYONE WITH AUTISM? [] YES      [] NO

15. HAVE YOU EVER TAKEN OR PARTICIPATED IN A CERTIFICATION CLASS REGARDING THE USE OF RESTRAINTS?
    [] YES         [] NO

    IF SO, PLEASE DESCRIBE: _____
    _____
    _____

16. IF YOU HAVE EVER IMPLEMENTED A PHYSICAL RESTRAINT UPON ANOTHER PERSON, PLEASE DESCRIBE THE CIRCUMSTANCES INVOLVED.
    _____
    _____

17. EDUCATIONAL BACKGROUND OF YOUR FORMER SPOUSE, INCLUDING ANY DEGREES OR CERTIFICATES EARNED: _____
    _____
    _____

18. YOUR PRESENT EMPLOYMENT STATUS (CHECK ALL THAT APPLY):
    [] EMPLOYED FULL-TIME   [] RETIRED   [] UNEMPLOYED, LOOKING FOR WORK
    [] EMPLOYED PART-TIME   [] STUDENT   [] UNEMPLOYED, NOT LOOKING FOR WORK
    [] HOMEMAKER

19. YOUR CURRENT OR MOST RECENT OCCUPATION: _____
    _____

20. NAME OF YOUR CURRENT OR MOST RECENT EMPLOYER OR, IF A STUDENT, YOUR SCHOOL: _____

21. WHAT ARE YOUR SPECIFIC DUTIES AND RESPONSIBILITIES ON THE JOB? ___
    _____
    _____

22. DOES YOUR JOB INVOLVE SUPERVISING OTHER PEOPLE?  [] YES   [] NO
    IF YES, APPROXIMATELY HOW MANY? _____

23. ARE YOU INVOLVED IN THE HIRING OR FIRING OF OTHER EMPLOYEES?
    [] YES     [] NO

24. ARE YOU INVOLVED IN EVALUATING THE JOB PERFORMANCE OF OTHER EMPLOYEES?     [] YES     [] NO

25. ALL OTHER FULL-TIME EMPLOYMENT YOU HAVE HAD (AND FOR HOW LONG):
    _____
    _____
    _____

26. ALL FULL-TIME EMPLOYMENT OF YOUR SPOUSE/FORMER SPOUSE (AND FOR HOW LONG): _____
   _____
   _____

27. ALL FULL-TIME EMPLOYMENT OF ANY OTHER ADULT WHO LIVES IN YOUR HOME (AND FOR HOW LONG): _____
   _____
   _____

28. WHAT AREA WERE THE OCCUPATIONS OF YOUR PARENTS? (IF RETIRED, WHAT DID THEY DO BEFORE?)
   FATHER: _____
   _____
   MOTHER: _____
   _____

29. IF YOU HAVE CHILDREN, PLEASE LIST (INCLUDING ANY CHILDREN WHO DO NOT CURRENTLY LIVE WITH YOU):
   GENDER _____, AGES _____, DO ANY CHILDREN LIVE WITH YOU
   [] YES       [] NO,
   EDUCATION_____,
   OCCUPATION _____

30. IF YOU OR YOUR CURRENT SPOUSE OR PERSON WITH WHOM YOU CURRENTLY LIVE WITH HAS EVER SERVED IN THE MILITARY, PLEASE LIST BRANCH AND DATES OF SERVICE: _____
   _____

31. WHAT SOCIAL, CIVIC, PROFESSIONAL, TRADE OR OTHER ORGANIZATIONS ARE YOU AFFILIATED WITH? _____
   _____

32. DESCRIBE ANY OFFICES YOU HAVE HELD IN ORGANIZATIONS LISTED ABOVE:
   _____

33. DO YOU KNOW ANYONE ON THIS JURY PANEL? _____
   _____

34. HAVE YOU EVER SERVED ON A JURY BEFORE?     [] YES       [] NO

   HOW MANY TIMES? _____
   WHERE DID YOU SERVE ON A JURY? _____
   WHAT KINDS OF CASES DID YOU HEAR WHILE SERVING ON A JURY? _____
   _____
   _____
   IN HOW MANY OF THOSE CASES DID THE JURY REACH A VERDICT? _____
   IN HOW MANY OF THOSE CASES DID YOU SERVE AS THE JURY FOREPERSON? _____
   WAS THE JURY SERVICE A POSITIVE OR NEGATIVE EXPERIENCE? _____

35.  IF YOU HAVE EVER BEEN TO COURT FOR *ANY* OTHER REASON (EXCLUDING TRAFFIC TICKETS AND DIVORCE), PLEASE EXPLAIN: _____
   _____

36.  IF YOU HAVE RELATIVES OR CLOSE PERSONAL FRIENDS WHO ARE JUDGES, ATTORNEYS OR COURT PERSONNEL, WHAT ARE THEIR NAMES AND RELATIONSHIPS TO YOU? _____
   _____

37.  DESCRIBE ANY PROBLEMS (VISION, HEARING, OR OTHER MEDICAL PROBLEMS) THAT MAY AFFECT YOUR JURY SERVICE? _____
   _____

38.  IF YOU OR ANYONE CLOSE TO YOU HAS EVER MADE ANY TYPE OF CLAIM FOR DAMAGES, EXPLAIN: _____
   _____
   _____
   _____

39.  IF A CLAIM FOR MONEY DAMAGES HAS EVER BEEN MADE AGAINST YOU OR ANYONE CLOSE TO YOU, EXPLAIN THE CIRCUMSTANCES: _____
   _____
   _____

40.  IF YOU OR ANYONE CLOSE TO YOU HAS EVER SUED OR BEEN SUED IN ANY TYPE OF LAWSUIT, EXPLAIN: _____
   _____
   _____

41. DO YOU FEEL THAT MONEY DAMAGES AWARDED IN LAWSUITS ARE (CHECK ONE):
    - [ ] EXCESSIVE
    - [ ] OCCASIONALLY TOO LOW
    - [ ] OFTEN TOO LARGE
    - [ ] OFTEN TOO LOW
    - [ ] ABOUT RIGHT
    - [ ] OTHER (SPECIFY) _____
    _____
    _____

42. IF YOU HAVE ANY ETHICAL, RELIGIOUS, POLITICAL OR OTHER BELIEFS THAT MAY PREVENT YOU FROM SERVING AS A JUROR, EXPLAIN: _____
    _____
    _____
    _____

43. IS THERE ANY REASON WHY YOU COULD NOT SERVE ON A JURY BETWEEN NOW AND JANUARY 31, 2006, IF YES, PLEASE EXPLAIN IN DETAIL:_____
    _____
    _____