**E-filed 2/15/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG AND ANN GAYDOS as Parents and Guardians ad Litem of PAIGE GAYDOS, a minor, | **Case No. CV-03-03813 JF** |
| Plaintiffs, | ORDER |
| vs. | [Assigned for to the Honorable Jeremy Fogel] |
| CUPERTINO UNION SCHOOL DISTRICT; et al., | |
| Defendants. | |

   Plaintiff's counsel, Andrea Tytell has informed this Court that she is engaged in a Due Process Hearing on February 28, 2006. Although this Court would like to accommodate Ms. Tytell and her special education client, the current schedule of this Court does not permit such accommodation. Therefore, it is ORDERED that Ms. Tytell, as counsel for Plaintiffs in this case, PERSONALLY appear before this Court at 9:00 a.m. on February 28, 2006

DATED: _____2/15/06_____          _____
                                             **HONORABLE JEREMY FOGEL**
                                             **JUDGE UNITED STATES DISTRICT COURT**