MARK E. DAVIS—BAR NO. 79936
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:   408.244.7815

Attorneys for Defendants
CUPERTINO UNION SCHOOL
DISTRICT; BOARD OF EDUCATION
OF THE CUPERTINO UNION SCHOOL
DISTRICT; WILLIAM BRAGG; KAREN
MILLER; SALLY PRICE; ELIZABETH
ADAMS; ANDREW MORTENSEN;
RICHARD TAYLOR; and CATHERINE
SERPA;

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG and ANN GAYDOS as Parents and Guardians ad Litem of PAIGE GAYDOS, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CUPERTINO UNION SCHOOL DISTRICT; et al.,<br><br>Defendants. | No. C03 03813 JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action asserted on behalf of plaintiff Paige Gaydos as set forth in the complaint on file herein, shall be and are hereby dismissed with prejudice and that each party shall bear its own costs and attorney's fees herein.

-1-

| | |
|---|---|
| DATED: 10-12-06 | LAW OFFICES OF ANDREA M. TYTELL<br><br>By _____<br>Andrea M. Tytell<br>Attorneys for Plaintiff |
| DATED: 10-19-06 | NEEDHAM, DAVIS, KEPNER & YOUNG LLP.<br><br>By _____<br>Mark E. Davis<br>Attorneys for Defendants |

## ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: ___10/24/06___

_____
THE HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT

Stip & Order For Dismissal With Prejudice
{H:\WDOCS\2543\70674\pleading\00084891.DOC}